

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FRITZ GERALD TOUSSAINT

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CARFAGNO vs CARFAGNO ETAL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **CV 23-1414**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

Gujarati, J.
Bloom, M.J.

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: FITZ GERALD TOUSSAINT
Street Address: #451 KINGSTON AVD 2
City and County: BROOKLYN
State and Zip Code: NEW YORK NY 11225
Telephone Number:
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: LINDA BENZEN HOEFER
Job or Title (if known): WAS PROSPECTIV PUBLIC DEFENDER
Street Address: 438 SUMMIT AV
City and County: JERSEY CITY NJ 07306
State and Zip Code:
Telephone Number:
E-mail Address (if known):

2

Defendant No. 2

    Name    _____

    Job or Title (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address (if known)    _____

Defendant No. 3

    Name    _____

    Job or Title (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address (if known)    _____

Defendant No. 4

    Name    _____

    Job or Title (if known)    _____

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address (if known)    _____

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

County of Hudson ☒ State or (local) officials (a § 1983 claim) W/ Prospective Public Defender
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

While Denzen Hoefer had been a prospective public defender she asked, the staff of Hudson County violate US 4 Because and the Public Defender while operating under the color of law as a product of my disabilities

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

@ the moment a Bivius claim isn't being claimed Because the blatantly intentional violations of the constitution deprived me of US Fourteen as well as of Equal Protection

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

While operating under the color of law the defendant violated my constitutionally protected privileges & immunities Carfagno vs Carfagno an unconstitutional law that Hudson County used using the law to subvert the notion of justice public trial requirements discriminate against disturbing number of men of "vulnerable status"

4

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? WHILE ABUSING Destropotion against me KANAZKA V KUNEN HUDSON COUNTY DEfendant WHILE OPERATING UNDER THE COLOR OF LAW TRAFFICKED AND CAUSED THE VIOLATION OF PLAINTIFFS MARITAL Property Deprived me OF THE RELIGIOUS Protections THAT THE 1st Amendment Guarantees Deprivation

B. What date and approximate time did the events giving rise to your claim(s) occur?

JANUARY 18 OF 22

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

BENZENHOFER WHILE SHE WAS NEVER MY LAWYER MUST BE DISBARRED BECAUSE SHE ALMOST PERSONALLY ORCHESTRATED MY UNLAWFUL Ejectment FROM MY MARITAL PROPERTY SUCH THAT AN UNFAIR STRATEGIC GAIN WOULD BE ACHIEVED AGAINST ME

SHE VIOLATED CONVERSATIONS THAT ARE PRIVILEDGED AND DISCLOSED FACTS THAT WERE PROTECTED WHEN SHE ACTED ON MY BEHALF WITHOUT MY CONSENT

AS AN ACT OF RETALIATION AGAINST ME SHE USED MY DISABILITIES AGAINST ME AND forced MY DEPARTURE FROM MY PROPERTY WHILE DEPRIVING ME OF DUE PROCESS OF EQUAL PROTECTION AS WELL AS THE Rights I HAVE AS A DISABLED HUMAN BEING

5

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

DEPRIVATION OF DUE PROCESS
DEPRIVATION OF FIRST AMENDMENT
DEPRIVATION OF THE FORTH AMENDMENT

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

DEMAND for DISCOVERY OF ALL DOCUMENTS Reports
LAB WITNESS STATEMENT ALL EVIDENCE
ALL AUDIO ALL VIDEO ALL TRANSCRIPTS
DEMAND FOR JURY TRIAL
DEMAND FOR EVIDENTIARY HEARING
DEMAND FOR AN[ ] GATHERA
[KARFAGNO vs Karfagno] STATISTICAL DATA OF RACIAL DISTRIBUTION
DEMAND FOR 133333 PER DAY OF
UNLAWFUL
EJECTMENT FROM PLAINTIFF'S MARITAL PROPERTY

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 2023

Signature of Plaintiff: FRITZ GERALD TOUSSAINT

Printed Name of Plaintiff: FRITZ GERALD TOUSSAINT